Related DDJ

Rickey Alford
P.O. Box 8101
San Luis Obispo, Ca 93409
AY2755/C-5396
Pro se



2018 AUG 24 PM 1:43

RECEIVED
8-23-18
CP

United States District Court
Central District of California

**CV18-7454-AB (AS)**

Rickey Alford
    Plaintiff
vs.
Sheriff of the
County of Los Angeles;
City of Lancaster
Sheriff Department
    Defendant

Civil No.
Civil Right Complaint
42 USC sec. 1983
Ku Klux Klan Act of 1871
42 USC sec. 1979 now 1981
Preliminary Injunction
Against Racist Sheriff
Fed R. Civ. Proc Rule 65

Fed R. Civ Proc Rule 65 Injunction
  a. Preliminary Injunction
    (i.) Notice. No preliminary injunction shall be issued without notice to the adverse party
  Injunction West Key - 1246
    Injunction against government entities
      P.1

in general            C.A. 9 (Cal) 1995

Id Due to concerns of comity and federalism, the scope of federal injunctive relief against an agency of state government must always be narrowly ~~tailored~~ to enforce federal Constitutional and statutory law only. Id

see. Clark vs. Coye, 60 F.3d 600

The kukluxklan Sheriff Department are known throughout the world as cold, mad killers of the black race, cold blooded murder of defendless young black men.

As in the case with plaintiff Alford not only white Supremacist Neo-Nazi-Kuklu+Klans but negros lead by Barack Obama and Clarence Thomas. Black enemy was also black on black crime, sell trade of slavery by blacks the likes of Barack Obama a slave trader advocater of "Three Strike", genocide black bill —— So just in case black people are thinking its totally ~~when~~ whites, get your facts together.

The Fourth Amendment US Const is the present issue in the 9th Circuit, US Ct of App No.18-72066 and 18-71997

p.2

all related to malicious prosecution thereby being a Tort, see Federal Tort Act, Title 28 USC sec. 2680 (h), that a black cant walk the streets as with plaintiff Alford and attacked by the Sheriff Department Ku Klux Klan for being black, arrested and given criminal charges because he was attempting to go into a Mexican Automotive Repair business, something government agentys are against, people who works. Fourth Amendment US Const is citied in Terry vs. Ohio, 392 US 1, 20 L.Ed 2d 889, 88 S.Ct. 1868, Search and Seizure West Key-11. Stop and frisk, procedure of police: Minnesota vs. Dickerson, 508 US 366-373, 124 L.Ed 2d 334, 113 S.Ct 2130. The Fourteenth Amendment is to protect black people but only Treason, Art. 3, sec. 3, Cl. 1-2, to all blacks, Title 18 USC sec. 2381 Treason.

    Black people have to seperate from other races and prepare for a civil war under the First Amendment and Thirteenth Amendment against a race of whites the leaders of kidnap for ransom, murder, extortion, not only

P. 3

blacks in US of A, but Africas black countries enemys.

There are two federal judges hand pick by by the leader of the Kuklux Klan after Barack Obama who initated my arrest, now the cold coward, homosexual advocates of corruption of blood, Donald Trump the enemy to Africa, Asian, Russia, it dosen't matter, the mad and insane.

See. Art. IV, sec. 3 US Const, hatred toward a black and the federal judges are above the law, Art. II, sec. 4, Federal judges are "civil officers" see. United States vs. Claiborne (1984, CA 9 Nev) 727 F.2d 842 cert den (1984) 469 US 829, 83 L.Ed2d 56, 105 S.Ct 113; United States vs. Nixon, President of United States 418 US at 707, 41 L.Ed2d 1039, 94 S.Ct 3090 see. Hasting, 681 F.2d at 711;

## Federal Tort claim

28 USC sec. 2680(h) Any claim arising out of assault, battery, false imprisonment, false arrest, malicious prosecuting, abuse of process, libel, slander, misrepresentation, deceit, or interference with contracts rights. Id

P. 4

The California Attorney General Officer and there Deputy Attn Gen Nicholas J. Webster has failed to respond even though he was given two extension falling under Judgment by default, Fed R. Civ. Proc Rule 55, for which plaintiff Alford mailed with Proof of Service dated Aug 16, 2018 to the USDC, Central Dist of Calif on Docket No. CV18-3718, see for judgment of default, United States vs. Black (2006 NDIll) 469 F.Supp 2d 513, see also Clutchette vs. Rushen (9th Cir 1985 Cal) 770 F.2d 1469, 1474-75.

That the deadline for Deputy Attn Gen Nicholas J. Webster to respond to the Writ of Habeas Corpus, 28 USC sec. 2254, was Aug 12, 2018, Fed R of Civ. Proc Rule 55, Rule 3, 4, and 5 of the Rule Governing 2254.

In Bleitner vs. Welborn, 15 F.3d 652, 654 determine a time within which an answer must be made, deadline. Fed R. Civ Proc Rule 60 (b) (2)

Fed R. Civ. Proc. Rule 55 Default
(a) Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise

P.5

defend as provided by these rules and that fact is made to appear by affidavit or otherwise; the clerk shall enter the partys default. Id

(b) Judgment. Judgment by default may be entered as follows

(a) By the court. In all other cases the party entitled to a judgment by default shall apply to the court therefor:

The family member of plaintiff Alford were served a copy of the judgment of default, and affidavit, Cynthia Nelson and Berry Nelson served Aug 16, 2018, at 2052 E. Oldfield Street, Lancaster, Ca 93535. Berry Nelson has a Master degree in Criminology, and the family have associates and friends as attorneys; plaintiff Alford a graduate received his attorney at law, Doctor of Law Doctrine out of the University of Grambling, New Orlean, Loisanna and transfered to (UCLA) University of California Los Angeles in 1976 was a professor at (UCLA) teaching Law Students & Psychologist, with prerequiste, Journalist, Writer, etc.

P. 6

There are two federal judges, Alka Sagar and Andre Birotte, Jr. whos frauded plaintiff education record, a continuation under 18 USC 371, 1001 and especially through mail fraud, 18 USC 1341, 1343, ~~scribbled~~ ~~scribbled~~, US vs Black (2006 ND Ill) 469 F.Supp 2d 513

See. Racketeer Influence and Corrupt Organization Act was not unconstitutionally vague as applied to defendant where charge predicate act under 18 USCsec. 1341, 1343 and 1346 ~~scribbled~~, US vs. Black (2006 ND Ill) 469 F.Supp 2d 513

Rickey Alford
Aug 18, 2018

✓ RICO Act

United States vs. Keane (1975, CA 7 Ill) 522 F.2d 534 cert. den (1976) 424 US 976 47 L.Ed 2d 746, 96 S.Ct 1481; Shushan vs. US (1941, CA 5 La) 117 F.2d 110 cert den (1941) 313 US 574, 85 L.Ed 1531, 61 S.Ct. 1088

Rickey Alford

United States District Court
Central District of California

To The Clerk of the Court
Pro se Clerk  Room G-8

Theres a problem with two Federal Judges Alka Sagar and Andre Birotte Jr, advocating hate crimes against a black or minorities, as with the case over any civil right complaint 42 USC sec. 1983 and Habeas Corpus, 28 USC sec 2254;
It appears to be mail fraud, 18 USC sec 1341 over the six month trust account statement forma Perpuris 28 USC sec. 1915, I submitted four inmate appeal 22 form CDC at the prison, psychiatrist disturbed very incompetent, unethical, unprofessional conduct by the female staff to obstruct justice to mail a trust account for six months B. Mendoza a female counselor on 8/17/18 refused to respond to the inmate appeal 22 Form CDCR see fraud, 18 USC sec 371, 1001 and also see mail fraud 18 USC sec. 1341
see (United States vs. Black (2006 ND Ill) 469 F. Supp 2d 513; A 602 Form CDCR inmate appeal has been submitted

Aug 20, 2018    Rickey Alford

Rickey Alford
FULL NAME

COMMITTED NAME (if different)

P.O. Box 8101
FULL ADDRESS INCLUDING NAME OF INSTITUTION

San Luis Obispo, Ca 93409

AY2755
PRISON NUMBER (if applicable)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rickey Alford

PLAINTIFF,

v.

Sheriff of the County of Los Angeles

DEFENDANT(S).

James McDonnell, Sheriff Phone (213)473-6100

CASE NUMBER

*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

Plaintiff seeks a injunction relief because of the hate crime by the Sheriff Dept in Lancaster, Calif whose plaintiff have submitted a judgment by default under Fed R Civ Proc Rule 55, 60, 82 in which to prevent more hate crimes, malice racial discrimination against my family lead by two Federal Judges, Alka Sagar and Andre Birotte, Jr. — to attack Blacks Family, claiming to be Neo-Naz-Ku-Klux-Klans, Klu Klux Act Act of 1871, 42 USC sec. 1979 now 1981-1982 see, US vs. Claiborne, 727 F.2d 842 (4th Cir Nev)

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 1 of 6

on (date or dates) __Tort_____ , __hate crime__ , __false arrest__.
　　　　　　　　　　　　(Claim I)　　　　　　(Claim II)　　　　　　(Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   __Sheriff of the County of Los Angeles__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual　☐ official capacity.

   Explain how this defendant was acting under color of law:
   __In violation of the Federal Tort Act, 28 USC sec 2608__

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual　☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual　☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

See these attached Civil Right Complaint with Preliminary Injunction Fed.R.Civ.Proc Rule 65 where a judgment by default have been filed on Alford vs. P. Denny, Asso Warden No. 18-3718 United States vs. Black (2006 ND Ill) 469 F Supp 2d 513, see also Clutchette vs. Rushen (9th Cir 1985 Cal) 770 F.2d 1469, 1474-75. Plaintiff Fourth Amendment was violated, where stop & frisk no problem cause, where a malicious Prosecute is the charge, see Federal Tort Act, 28 USC sec. 2608 (h)

The attorney general lack of responding shows if responding would be aiding and abeding a malicious prosecution, fraudulent report, false arrest, false imprisonment

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff Alford was working on his 1995 Mazda, when unable to get the engine out the car, already having a car engine in the motel room, was going to move the car to the local auto-repair shop: when walking to the auto shop was confronted by two racist Ku Klux Klan White Neo-Nazi anti-black, who committs a hate crime, treating plaintiff uncivilized, inhumane, as though an animal. Race talk plaintiff and tells him hes getting a P.C sec. 422, I didnot know what a 422 was but continuous hate talk with no probable, and though plaintiff holds an attorney at Law and Doctor of Law Doctrine, didnt matter in court

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Rickey Alford
CDCR #: AY2755  Cell #: C-S396

**STATE PRISON
GENERATED MAIL**

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 23 2018
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District of California
312 North Spring Street
Los Angeles, Ca 90012

8/29/18 Ramirez
Legal mail